NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE VEGAS AMUSEMENT, INC.

2012-1279
(Reexamination No. 90/011,023)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

Before DYK, *Circuit Judge*.

## ORDER

Vegas Amusement, Inc. moves without opposition for the court to take judicial notice of certain documents available online and cited in its reply brief before the Board of Patent Appeals and Interferences. Judicial notice may be appropriate with respect to certain documents outside of the record. However, the relevance of such materials is left to the discretion of the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

IN RE VEGAS AMUSEMENT, INC.                                    2

    (2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

SEP 2 8 2012
_____
      Date

                 /s/ Jan Horbaly
                 Jan Horbaly
                 Clerk

cc: Michael Dergosits, Esq.
    Raymond T. Chen, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK